# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FID No. 1526129

FILED 2008 JUL 17 AM 9:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

Isaac PAZ-Guerrero
a.k.a. Issac PAZ-Guerrero

Magistrate's Case No. **'08 MJ 1933**

**WARRANT ISSUED ON THE BASIS OF:**
- ☐ Failure to Appear
- ☐ Order of Court
- ☐ Indictment
- ☐ Information
- ☒ Complaint

**WARRANT FOR ARREST**

**To:** Any U.S. Marshal or other authorized officer

**NAME AND ADDRESS OF PERSON TO BE ARRESTED:**
Isaac PAZ-Guerrero
2544 Comstock Street
San Diego, California 92111

**DISTRICT OF ARREST:**

**CITY OF ARREST:**

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

RECEIVED 2008 JUN 23 P 4:14 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

**DESCRIPTION OF CHARGES**

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

DATE: 7/16/08
ARRESTED BY: S/A M. Haynes, ICE

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | Title 8 | 1326 |

**BAIL:** to be addressed at 1st appearance in Court

**OTHER CONDITIONS OF RELEASE:**

**ORDERED BY:** [signature] Louisa Porter
**DATE ORDERED:** 6/23/08

**CLERK OF COURT/U.S. MAGISTRATE** BY [signature] Louisa Porter
**DATE ISSUED:** 6/23/08

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

CLASS II "J"    ICE    0301 (Deport alien found in US)

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> .V. <br><br> Isaac PAZ-Guerrero <br> a.k.a. Issac PAZ-Guerrero | Magistrate's Case No. <br><br> **WARRANT FOR ARREST**  '08 MJ 1933 |

**WARRANT ISSUED ON THE BASIS OF:**
- ☐ Failure to Appear
- ☐ Indictment
- ☒ Complaint
- ☐ Order of Court
- ☐ Information

| To: | NAME AND ADDRESS OF PERSON TO BE ARRESTED |
|---|---|
| Any U.S. Marshal or other authorized officer | Isaac PAZ-Guerrero <br> 2544 Comstock Street <br> San Diego, California 92111 |

| DISTRICT OF ARREST: | CITY OF ARREST: |
|---|---|
| | |

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

**DESCRIPTION OF CHARGES**

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

DATE _____
ARRESTED BY _____
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | Title 8 | 1326 |

BAIL: to be addressed / OTHER CONDITIONS OF RELEASE: 1st appearance in Court

ORDERED BY: [signature] (SEAL)  DATE ORDERED: 6/23/08
CLERK OF COURT/U.S. MAGISTRATE  BY: [signature] (SEAL)  DATE ISSUED: 6/23/08

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED: 6/23/08 <br> DATE EXECUTED: 7/16/08 | NAME AND TITLE OF ARRESTING OFFICER <br> Michael HAYNES <br> Special Agent (ICE) | SIGNATURE <br> M. Haynes |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed