# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**APPEARANCE**

Case Number: 08mj1933

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ISAAC PAZ-GUERRERO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/23/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name                                       Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City           State           Zip Code |
| | (619) 234-8467           (619) 687-2666 |
| | Phone Number                           Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | Case No. 08mj1933 |
| ) | |
| v.      ) | |
| ) | |
| ISAAC PAZ-GUERRERO,      ) | |
| ) | |
| Defendant.      ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  July 23, 2008                 */s/ John C. Ellis, Jr.*
                                                                                JOHN C. ELLIS, JR.
                                                                                Federal Defenders
                                                                                225 Broadway, Suite 900
                                                                                San Diego, CA 92101-5030
                                                                                (619) 234-8467  (tel)
                                                                                (619) 687-2666  (fax)
                                                                                john_ellis@fd.org